# Costello & Mains, LLC

Counselors at Law

Kevin M. Costello ◊
Deborah L. Mains ○
Daniel T. Silverman □
Drake P. Bearden, Jr. ◊□

◊CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY

○ Member of the New Jersey, New York Bars.
+ Member of the New Jersey Bar
□ Member of the New Jersey, Pennsylvania Bars



Michael J. Reilly +
Marisa J. Hermanovich □
Jacquelyn R. Matchett □
Christopher M. Emrich □
Alicia R. Ivory □
Miriam Edelstein ○□

www.CostelloMains.com
(856) 727-9700
(856) 727-9797 (fax)

August 11, 2020

**VIA ELECTRONIC FILING**
Clerk of the Court
United States District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> *The parties are to submit a proposed consent order dismissing plaintiff's claims in this matter by September 4, 2020.
>
> SO ORDERED
> s/James B. Clark
> James B. Clark, U.S.M.J.
> Date: 8/27/2020

RE: Sabrina Harrold v. City of Jersey, et al.
Docket No.: 2:19-cv-20898-JMV-JBC

Dear Sir or Madam:

As the Court is aware, our office represents the Plaintiff, Sabrina Harrold, in the above-referenced matter. I am sending this letter in lieu of a more formal response to Defendant's Motion to Dismiss. Plaintiff has filed the State claims that are part of this lawsuit in the New Jersey Superior Court, in the matter of *Harrold v. City of Jersey City*, HUD-L-2134-20. Plaintiff is no longer pursuing the Federal claims.

Accordingly, Plaintiff does not object to the dismissal of Plaintiff's Federal claims. Plaintiff asks only that the State claims be dismissed without prejudice as Plaintiff is pursuing those claims in State Court.

I think the Court for its consideration with this matter.

Respectfully submitted,

**COSTELLO & MAINS, LLC**

By: *s/ Drake P. Bearden, Jr.*
Drake P. Bearden, Jr.

DPB
cc: Francis A. Kenny, Esq.
Sabrina Harrold

**18000 Horizon Way, Suite 800, Mt. Laurel, NJ 08054**